UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
AVOCENT REDMOND CORP.,                  :
                                        :  Civil Action No. 10-CV-6100-PKC
                   Plaintiff,           :
                                        :
      - against -                       :
                                        :
RARITAN AMERICAS, INC.,                 :
                                        :
                   Defendant.           :
---------------------------------------------------------------- X

## DECLARATION OF KARL MILLS

I, Karl S. Mills, hereby declare as follows:

1. I am the Vice President of Engineering for Avocent Redmond Corp. ("Avocent").

2. I was asked to look for any physical documents relating to KVM switches Avocent (then known as Apex PC Solutions, Inc.) customized for Microsoft in the early 1990s.

3. I had Phil Kent, one of my engineers; work with me to search all physical files in Avocent's offices. We went through all filing cabinets, desk drawers, laboratories, etc. looking for any documents from the 1990s. We did not locate any physical documents relating to any KVM switches made or customized for Microsoft at any time during the 1990s.

4. I understand that others have conducted electronic searches for files relating to such switches. Neither Mr. Kent nor I attempted to duplicate those electronic searches.

5. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of August, 2011.

_____  8/12/2011
Karl S. Mills