# GIBBONS

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-12
```

VINCENT E. MCGEARY

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4837 Fax: (973) 639-6477
vmcgeary@gibbonslaw.com

May 8, 2012



RECEIVED
MAY 08 2012
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND DELIVERY**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **Avocent Redmond v. Raritan Americas**
      **No. 1:10-cv-06100-PKC**

Dear Judge Castel:

    We represent Defendant Raritan Americas ("Raritan") and write to request leave to file the attached 2 page Surreply to Avocent's Reply In Support of Its Motion for Summary Judgment of Infringement of Claim 11 of U.S. Patent No. 5,884,096. Raritan submits that this Surreply is necessary to address Avocent's incorrect claims that Messrs. Cabiente and Anderson were not Raritan 30(b)(6) witnesses and that Mr. Cao testified as to how the PowerPC and FPGA in the KX II were programmed to operate. Raritan submits that entry of this Surreply is appropriate because Avocent's Reply relies on these incorrect assertions to argue that summary judgment should be granted in its favor.

                            Respectfully submitted,

                            */s/ Vincent E. McGeary*

                            Vincent E. McGeary

Encl.

c:  Jay Berquist, Esq. (by email)
    Stuart Friedman, Esq. (by email)

*[Handwritten endorsement:] Application granted and Avocent may file a sur-sur reply. The clients should reign in their lawyers from their out-of-control paper pushing. SO ORDERED. /s/ PKC, USDJ 5-10-12*